LEWIS B. HAMILTON, as Executor of and Trustee under the Will of LUCINDA D. PHILLIPS, Deceased, Respondent, *v.* LIBBIE H. MUNCIE et al., Appellants, and LEWIS B. HAMILTON et al., Respondents.

Reported below, 182 App. Div. 630.
(Submitted June 3, 1918; decided June 11, 1918.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the second

judicial department, entered April 6, 1918, unanimously affirming a judgment in favor of respondents herein, entered upon a decision of the court on trial at Special Term in an action for the construction of a will and to enforce the execution of an implied trust under said will.

The motion was made upon the ground that the appeal was unauthorized.

*Henry L. Brant, John W. Ockford* and *George B. Davenport* for motion.

*Benjamin Cohn* opposed.

Motion denied, with ten dollars costs.